**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LUTHER WOODS,

                    Petitioner,

-vs-                                                              Case No.  6:03-cv-1730-Orl-19DAB
                                                                 (Criminal Case No.:  6:94-cr-166-Orl-19DAB)

UNITED STATES OF AMERICA,

                    Respondent.
_____

**ORDER**

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 31)** |
| **FILED:** | **July 11, 2005** |
| _____ | |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this ____15th_____ day of July,

2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 7/15
Counsel of Record
Luther Woods